# United States Bankruptcy Court
## Northern District of California

In re   **Jorge Vidrio,**
       **Maria Lorena Vidrio**

                                    ,
                          Debtors

Case No.    **11-30549**

Chapter                       **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 215,000.00 | | |
| B - Personal Property | Yes | 3 | 8,360.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 516,941.24 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,924.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 479,758.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,675.80 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,234.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 223,360.00 | | |
| Total Liabilities | | | | 1,001,624.68 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Jorge Vidrio,**               Case No.    **11-30549**
        **Maria Lorena Vidrio**

                            Debtors       Chapter            **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,924.68 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 4,924.68 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,675.80 |
| Average Expenses (from Schedule J, Line 18) | 3,234.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,100.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 301,941.24 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,924.68 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 479,758.76 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 781,700.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

In re    **Jorge Vidrio,**                                      Case No.    **11-30549**

           **Maria Lorena Vidrio**

                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3034 24th Street, San Francisco, CA  94110 (value based on an estimate given to debtor from a real estate agent)** | | J | 215,000.00 | 516,941.24 |

|  |  |  |
|---|---|---|
| Sub-Total > | 215,000.00 | (Total of this page) |
| Total > | 215,000.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property                      (Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

In re   **Jorge Vidrio,**
       **Maria Lorena Vidrio**

Case No.   **11-30549**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **C** | **60.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | **C** | **100.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **general household goods** | **C** | **1,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **general wearing apparel** | **C** | **1,000.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,660.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re    **Jorge Vidrio,**
      **Maria Lorena Vidrio**

Case No.    **11-30549**

_____,
                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **2010 federal and state income tax** | **C** | **2,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **2,500.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Jorge Vidrio,**                            Case No.    **11-30549**
        **Maria Lorena Vidrio**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **International Truck 1985 (non functional)** | C | 1,700.00 |
| | | **Chevrolet truck 1989** | C | 700.00 |
| | | **Ford diesel truck 1985** | C | 800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---:|
| Sub-Total > | **3,200.00** |
| (Total of this page) | |
| Total > | **8,360.00** |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

In re   **Jorge Vidrio,**
      **Maria Lorena Vidrio**                            Case No.    **11-30549**

                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **C.C.P. § 703.140(b)(5)** | **60.00** | **60.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | **C.C.P. § 703.140(b)(5)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **general household goods** | **C.C.P. § 703.140(b)(3)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **general wearing apparel** | **C.C.P. § 703.140(b)(3)** | **1,000.00** | **1,000.00** |
| **Accounts Receivable** | | | |
| **2010 federal and state income tax** | **C.C.P. § 703.140(b)(5)** | **2,500.00** | **2,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **International Truck 1985 (non functional)** | **C.C.P. § 703.140(b)(2)** | **1,700.00** | **1,700.00** |
| **Chevrolet truck 1989** | **C.C.P. § 703.140(b)(5)** | **700.00** | **700.00** |
| **Ford diesel truck 1985** | **C.C.P. § 703.140(b)(5)** | **800.00** | **800.00** |
| | Total: | **8,360.00** | **8,360.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re **Jorge Vidrio,**
**María Lorena Vidrio**

Case No. **11-30549**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2335**<br><br>**BAC Home Loans Servicing, LP**<br>**450 American Street SV**<br>**Simi Valley, CA 93065** | | C | 06/2003<br><br>**First Mortgage**<br><br>**3034 24th Street, San Francisco, CA 94110 (value based on an estimate given to debtor by a real estate agent)** | | | | | |
| | | | Value $      **215,000.00** | | | | **119,085.89** | **0.00** |
| Account No. **xxxxxxxxx2999**<br><br>**Bank of America**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410-8110** | | J | 10/2004<br><br>**HELOC**<br><br>**3034 24th Street, San Francisco, CA 94110 (value based on an estimate given to debtor from a real estate agent)** | | | | | |
| | | | Value $      **215,000.00** | | | | **92,008.13** | **1,818.12** |
| Account No. **xxxxx0710**<br><br>**City & County of San Francisco**<br>**1 Dr. Carlton B. Goodlett Place**<br>**City Hall, Room 140**<br>**San Francisco, CA 94102** | | C | 01/01/2010<br><br>**Statutory Tax Lien**<br><br>**3034 24th Street, San Francisco, CA 94110 (value based on an estimate given to debtor from a real estate agent)** | | | | | |
| | | | Value $      **215,000.00** | | | | **5,724.10** | **0.00** |
| Account No. **xx8600**<br><br>**City and County of San Francisco**<br>**Department of Public Health**<br>**1390 Market Street, Room 210**<br>**San Francisco, CA 94102** | | C | 03/22/2007<br><br>**3034 24th Street, San Francisco, CA 94110 (value based on an estimate given to debtor from a real estate agent)** | | | | | |
| | | | Value $      **215,000.00** | | | | **123.12** | **123.12** |

  **1** continuation sheets attached

Subtotal
(Total of this page)

| **216,941.24** | **1,941.24** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **Jorge Vidrio,**
       **Maria Lorena Vidrio**

Case No.    __11-30549__

                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 04/29/2008 | | | | | |
| **Victor Hernandez & Sofia Larson C/O Mark Epstein, Esq. The Epsstein Group 2358 Market Street, Thrid Floor San Francisco, CA 94114** | | H | **Judgment Lien** **3034 24th Street, San Francisco, CA 94110 (value based on an estimate given to debtor from a real estate agent)** | | | | | |
| | | | Value $      **215,000.00** | | | | 300,000.00 | 300,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 300,000.00 | 300,000.00 |
| Total (Report on Summary of Schedules) | 516,941.24 | 301,941.24 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

.

In re    **Jorge Vidrio,**                              Case No.    **11-30549**
        **Maria Lorena Vidrio**

                                     Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re     **Jorge Vidrio,**
        **Maria Lorena Vidrio**

Case No.     **11-30549**

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7930**<br><br>**Internal Revenue Service**<br>**ACS Supprt - Stop 813G**<br>**Post Office Box 145566**<br>**Cincinnati, OH 45250-5566** | | J | **assessed taxes for 2008** | | | | **4,924.68** | **0.00**<br><br>**4,924.68** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **4,924.68** | **4,924.68** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **4,924.68** | **4,924.68** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re     **Jorge Vidrio,**                          Case No.     **11-30549**
           **Maria Lorena Vidrio**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xx7387**<br><br>**Affiliates in Imaging**<br>**Post Office Box 1109**<br>**Lafayette, CA 94549-1109** | | H | 09/25/2009<br>radiological services | | | | 28.35 |
| Account No. **xxxxx-xx7717**<br><br>**Affiliates in Imaging**<br>**PO Box 1109**<br>**Lafayette, CA 94549** | | W | 2009<br>Services | | | | 44.00 |
| Account No. **xxxxxxx3160**<br><br>**Affiliates in Imaging**<br>**PO Box 1109**<br>**Lafayette, CA 94549** | | H | 2005<br>Services | | | | 173.00 |
| Account No. **xx2766**<br><br>**AMA Collecton Services**<br>**PO Box 579**<br>**San Leandro, CA 94577** | | H | Services | | | | 107.55 |

   **13**   continuation sheets attached                             Subtotal          **352.90**
                                                   (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      S/N:37775-110218    Best Case Bankruptcy

In re **Jorge Vidrio,**
**Maria Lorena Vidrio**
_____,
Debtors

Case No. ___**11-30549**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6206** <br><br> **Bank of America** <br> **P.O. Box 17054** <br> **Wilmington, DE 19850** | | W | **10/2005** <br> **credit card charges, interest and late charges** | | | | **4,403.00** |
| Account No. **xxxxx1108** <br><br> **Bay Area Rapid Transit C/O** <br> **Citation Processing Center** <br> **Post Office Box 10479** <br> **Newport Beach, CA 92658-0479** | | H | **08/17/2010** <br> **parking ticket** | | | | **70.00** |
| Account No. <br><br> **Brenda Cruz Keith** <br> **1965 Market Street** <br> **Second Floor** <br> **San Francisco, CA 94103** | | C | **2008 through 2011** <br> **Legal services** | | | | **16,109.32** |
| Account No. **xx7154** <br><br> **California Home Medical** <br> **PO Box 33842** <br> **North Royalton, OH 44133** | | H | **2010** <br> **Services** | | | | **4.20** |
| Account No. **xxxxxx6120** <br><br> **CBSJ Financial Corp** <br> **299 Stockton Ave** <br> **San Jose, CA 95126** | | H | **Emergency services** | | | | **6,379.48** |

Sheet no. _**1**___ of _**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,966.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re    **Jorge Vidrio,**                   Case No.      __11-30549__
        **Maria Lorena Vidrio**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7083** <br><br> CBSJ Financial Corp <br> 299 Stockton Ave <br> San Jose, CA 95126 | | H | | 2004 <br> Services | | | | 46.99 |
| Account No. **xxx4355** <br><br> CBSJ Financial Corp <br> 299 Stockton Ave <br> San Jose, CA 95126 | | H | | 2005 <br> Services | | | | 700.23 |
| Account No. **xxx4355** <br><br> CBSJ Financial Corp <br> 299 Stockton Ave <br> San Jose, CA 95126 | | H | | 2005 <br> Services | | | | 706.48 |
| Account No. **xxx0504** <br><br> CBSJ Financial Corp <br> 299 Stockton Ave <br> San Jose, CA 95126 | | H | | 2005 <br> Services | | | | 2,166.92 |
| Account No. **xxx0523** <br><br> CBSJ Financial Corp <br> 299 Stockton Ave <br> San Jose, CA 95126 | | H | | 2005 <br> Services | | | | 590.51 |

Sheet no. __2__ of __13__ sheets attached to Schedule of              Subtotal            | 4,211.13
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re   **Jorge Vidrio,**
         **Maria Lorena Vidrio**

Case No.    **11-30549**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1203** <br><br> **Diversified Adjustment Services** <br> **600 Coon Rapids Boulevard** <br> **Minneapolis, MN 55433-5549** | | H | | collection account for Pacific Gas & Electric | | | | 165.00 |
| Account No. **xxxxxxxx5959** <br><br> **Emanuel Medical Center** <br> **PO Box 1323** <br> **San Francisco, CA 94110** | | H | | 2009 <br> Hospital services | | | | 182.01 |
| Account No. **xxx5479** <br><br> **Freeway Insurance Services, Inc.** <br> **Post Office Box 669** <br> **Cypress, CA 90630** | | H | | 6/1/2010 <br> unknow collection account | | | | 153.89 |
| Account No. **xxL701** <br><br> **Grant & Weber** <br> **PO Box 8669** <br> **Calabasas, CA 91372** | | H | | 11/2010 <br> Services | | | | 102.19 |
| Account No. **xxxxx2119** <br><br> **Hy City Corp/Royal Prestige** <br> **333 Holtzman Road** <br> **Madison, WI 53713** | | W | | 3/2006 <br> credit card charges, interest and late charges | | | | 614.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,217.09**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re __Jorge Vidrio,__      Case No. ___11-30549___
       __Maria Lorena Vidrio__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxx45KF<br><br>Innovative Collections<br>Post Office Box 3500<br>Tustin, CA 92781 | | H | | collection account for parking violation in Daly City | | | | 72.00 |
| Account No. xxx xxxx1254<br><br>Lukes Sutter Physician<br>P.O. Box 42557<br>Philadelphia, PA 19101-2557 | | H | | 2009<br>Medicare deductible | | | | 31.46 |
| Account No. xx1225<br><br>Miracle Financial, Inc.<br>52 Armstrong Road<br>Plymouth, MA 02360-4807 | | W | | collection account for Verizon Wireless services | | | | 192.35 |
| Account No. xxxxxx61-04<br><br>NCCA, Inc<br>PO Box 670<br>Santa Rosa, CA 95402 | | H | | 2010<br>Services | | | | 95.27 |
| Account No. xxx5230<br><br>NCO - Medclear<br>P.O. Box 17095<br>Wilmington, DE 19850 | | H | | Medi 02 St Lukes Sutter Emergency | | | | 396.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     787.08

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Jorge Vidrio,**  **Maria Lorena Vidrio**                                                    Case No. ___**11-30549**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5110**<br><br>**NCO - Medclear**<br>**P.O. Box 17095**<br>**Wilmington, DE 19850** | | H | | **7/2009**<br>**St Lukes Sutter Emergency** | | | | **144.00** |
| Account No. **xxxxx3112**<br><br>**NCO Financial**<br>**P.O. Box 15636**<br>**Wilmington, DE 19850** | | H | | **10/2010**<br>**St Lukes Sutter Emergency** | | | | **57.00** |
| Account No. **xxxx4717**<br><br>**NCO Financial System, Inc**<br>**PO Box 15537**<br>**Wilmington, DE 19850** | | W | | **2010**<br>**Services** | | | | **2,883.05** |
| Account No. **xxx1761**<br><br>**NCO Financial Systems**<br>**P.O. Box 15372**<br>**Wilmington, DE 19850** | | H | | **1/2011**<br>**St Lukes Sutter Emergency** | | | | **57.00** |
| Account No. **xx27IB**<br><br>**NCO Financial Systems**<br>**PO Box 17095**<br>**Wilmington, DE 19850** | | H | | **2009**<br>**Services** | | | | **143.80** |

Sheet no. __**5**___ of __**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,284.85**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Jorge Vidrio,**                                  Case No.   __**11-30549**__
      **Maria Lorena Vidrio**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx1553**<br><br>**NCO Financial Systems, Inc**<br>**PO Box 15618**<br>**Wilmington, DE 19850** | | W | | **2010**<br>**Services** | | | | **1,548.27** |
| Account No. **xxxx2735**<br><br>**NCO Financlia System**<br>**P O Box 15537**<br>**Wilmington, DE 19850** | | H | | **2010**<br>**Services** | | | | **1,351.46** |
| Account No. **xxxxxxxx0096**<br><br>**Northcoast Collection**<br>**3700 Montgomery Dr**<br>**Santa Rosa, CA 95402** | | H | | **9/2010**<br>**Med1 02 Daniel Goodman MD** | | | | **96.00** |
| Account No. **xxxxxx1497**<br><br>**NSA**<br>**270 Spagnoli Rd**<br>**Melville, NY 11747** | | C | | **PG&E services** | | | | **173.98** |
| Account No.<br><br>**Oscar Barajas**<br>**3034 24th Street**<br>**San Francisco, CA 94110** | X | C | | **Litigation from Tenant** | | X | X | **200,000.00** |

Sheet no. __**6**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**203,169.71**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Jorge Vidrio,**
      **Maria Lorena Vidrio**

Case No. **11-30549**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx7083**<br><br>**OSI Collection Services, Inc**<br>**P.O. Box 964**<br>**Brookfield, WI 53008** | | H | 2005<br>Emergency services | | | | 13.76 |
| Account No. **x4211**<br><br>**Pacific Inpatient Med Grp, Inc.**<br>**Post Office Box 1230**<br>**Suisun City, CA 94585** | | H | 10/19/2009<br>medical services for Pedro Guevara | | | | 67.85 |
| Account No. **xxx6961**<br><br>**Peninsula Pathologists Med Grp**<br>**PO Box 281560**<br>**San Francisco, CA 94128** | | H | 2005<br>Services | | | | 31.00 |
| Account No. **xxxx0071**<br><br>**Radius Services**<br>**1221 Harrison Stre**<br>**Suite 18**<br>**San Francisco, CA 94103** | | H | 02/02/2010<br>Radius services | | | | 180.00 |
| Account No. **xxxxxxx0075**<br><br>**Rash Curtis & Associates**<br>**P.O.Box 5790**<br>**Vacaville, CA 95696-5790** | | H | 1/2011<br>Pacific impatient Med Group | | | | 72.00 |

Sheet no. **7** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**364.61**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Jorge Vidrio,**
         **Maria Lorena Vidrio**                         Case No.    **11-30549**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx1763** | | | | PG&E collection | | | | |
| **Recievable Performance** **1930 220 St.** **Lynnwood, WA 98036** | | H | | | | | | |
| | | | | | | | | **795.00** |
| Account No. **xx8456** | | | | 1/18/2011 B and B vehicle processing | | | | |
| **Rickenbacker Collection Services** **15005 Concord Circle** **Morgan Hill, CA 95037** | | J | | | | | | |
| | | | | | | | | **2,336.84** |
| Account No. **xx8456** | | | | collections account for B&B Vehicle Processing, Inc. | | | | |
| **Rickenbacker Collections Services** **15005 Concord Circle** **Morgan Hill, CA 95037** | | W | | | | | | |
| | | | | | | | | **2,336.84** |
| Account No. **xxxx612-0** | | | | 2004 Hospital emergency | | | | |
| **St Luke Hospital** **PO Box 40460** **San Francisco, CA 94140** | | H | | | | | | |
| | | | | | | | | **2,064.54** |
| Account No. | | | | 2010 Services | | | | |
| **St Luke Sutter** **PO Box 42557** **Philadelphia, PA 19101** | | H | | | | | | |
| | | | | | | | | **11.44** |

Sheet no. __8__ of __13__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)         **7,544.66**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

In re   **Jorge Vidrio,**
       **Maria Lorena Vidrio**

Case No.     **11-30549**

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx4692** <br><br> **St Luke Sutter** <br> **PO Box 42557** <br> **Philadelphia, PA 19191** | | H | | | **2009** <br> **Services** | | | | 36.89 |
| Account No. **xxxxxxx1621** <br><br> **St Luke Sutter** <br> **PO Box 42557** <br> **Philadelphia, PA 19101** | | H | | | **2004** <br> **Services** | | | | 426.00 |
| Account No. **x9101** <br><br> **St Luke Sutter Ed Physician** <br> **PO Box 42557** <br> **Philadelphia, PA** | | H | | | **2009** <br> **Services** | | | | 671.00 |
| Account No. **xxxx338-7** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | H | | | **2009** <br> **Hospital emergency** | | | | 487.99 |
| Account No. **xxxx4759** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | H | | | **2009** <br> **Services** | | | | 1,068.00 |

Sheet no. **9** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,689.88

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re  **Jorge Vidrio,**
        **Maria Lorena Vidrio**

Case No.    **11-30549**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1621** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | H | 2005 <br> Emergency services | | | | 670.30 |
| Account No. **xxxx7638** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | H | 2004 <br> Emergency services | | | | 558.96 |
| Account No. **xxxx4592** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | H | 2009 <br> Services | | | | 91.49 |
| Account No. **xxx2030** <br><br> **St Luke's Hospital** <br> **PO Box 40460** <br> **San Francisco, CA 94110** | | H | 2003 <br> Services | | | | 878.04 |
| Account No. **xxxx4717** <br><br> **St Luke's Hospital** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | W | 2009 <br> Services | | | | 787.98 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,986.77

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Jorge Vidrio,**
        **Maria Lorena Vidrio**                                Case No.     **11-30549**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1553**<br><br>**St Luke's Hospital**<br>**PO Box 6000**<br>**San Francisco, CA** | | W | **2009**<br>**Services** | | | | 1,478.21 |
| Account No. **xxxx4333**<br><br>**St Luke's Hosptial**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | | H | **2005**<br>**Emergency services** | | | | 316.00 |
| Account No. **xxxxxxx4759**<br><br>**St Lukes Sutter**<br>**PO Box 42557**<br>**Philadelphia, PA 19101** | | H | **2009**<br>**Services** | | | | 36.89 |
| Account No. **xxxxxxx8465**<br><br>**St Lukes Sutter**<br>**PO Box 42557**<br>**Philadelphia, PA** | | H | **Services** | | | | 57.36 |
| Account No. **xxxxxxx9554**<br><br>**St Lukes Sutter**<br>**PO Box 42557**<br>**Philadelphia, PA 19101** | | H | **2004**<br>**Services** | | | | 359.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                  Subtotal (Total of this page)     **2,247.46**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re   **Jorge Vidrio,**                                  Case No.   **11-30549**
           **Maria Lorena Vidrio**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx3387** <br><br> St Lukes Sutter Ed Physician <br> P.O. Box 42557 <br> Philadelphia, PA 19101-2557 | H | | | 2009 <br> Services | | | | 450.00 |
| Account No. **xxxxxxx4717** <br><br> St. Lukes Sutter Ed Physician <br> P.O. Box 42557 <br> Philadelphia, PA 19101 | H | | | 2009 <br> Services | | | | 697.00 |
| Account No. **xxx6583** <br><br> Synerprise Consulting Services, Inc <br> 2809 Regal Road, Suite 107 <br> Plano, TX 75075 | H | | | 2009 <br> Services | | | | 535.00 |
| Account No. **xxxx1440** <br><br> Tate & Kirlin Associate <br> 2810 Southampton Road <br> Philadelphia, PA 19154 | H | | | Old Navy credit card | | | | 915.89 |
| Account No. **xxxxxxxxxxx3266** <br><br> The Home Depot/CBSD <br> Post Office Box 6497 <br> Sioux Falls, SD 57117-6497 | H | | | 11/1195 <br> credit card charges, interest and late charges | | | | 6,426.00 |

Sheet no. **12** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal        | **9,023.89**
                                  (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re   **Jorge Vidrio,**                                    Case No.   **11-30549**
        **Maria Lorena Vidrio**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5274** | | | Old navy credit card charges | | | | |
| **Valentine & Kebartas, Inc.** **PO Box 5804** **San Francisco, CA 94110** | | H | | | | | 806.59 |
| Account No. **xxx xxxxx9761** | | | 2009 Services | | | | |
| **Vepema Medical Group** **PO Box 660940** **Arcadia, CA 91066** | | H | | | | | 22.74 |
| Account No. **xxx xx xx8097** | | | 07/13/2009 Judgment Claim | | | | |
| **Victoria Hernandez & Sofia Larson** **C/o Mark Epstein/ Julia M. Adams** **2358 Market Street** **San Francisco, CA 94114** | | C | | | | | 213,939.60 |
| Account No. **xxx1960** | | | 2008 Emergency services | | | | |
| **West Asset Management** **P.O. Box 1022** **Wixom, MI 48393-1022** | | H | | | | | 143.80 |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 214,912.73 |
| | Total (Report on Summary of Schedules) | 479,758.76 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

.

In re   **Jorge Vidrio,**                                               Case No.   **11-30549**
       **Maria Lorena Vidrio**

                                         ,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Jorge Vidrio,**                               Case No.    **11-30549**

         **Maria Lorena Vidrio**

                                     Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jose Iniguez**<br>**1616 Bryant Street**<br>**Daly City, CA 94015** | **Oscar Barajas**<br>**3034 24th Street**<br>**San Francisco, CA 94110** |

**0** continuation sheets attached to Schedule of Codebtors

Case: 11-30549   Doc# 12   Filed: 03/11/11   Entered: 03/11/11 17:16:54   Page 27 of 30

In re    **Jorge Vidrio**
     **Maria Lorena Vidrio**            Case No.    **11-30549**

                     Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **son** | AGE(S): **19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **disabled** | **cosmotologist** |
| Name of Employer | | **Juan R. Vidrio** |
| How long employed | **21 years** | **11 years** |
| Address of Employer | | **3265 Misson Street** **San Francisco, CA 94110-4006** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 1,110.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 1,110.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,110.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify):    **Social Security Disability** | $ 1,043.90 | $ 0.00 |
|                  **daughter's social securirty** | $ 521.90 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,565.80 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,565.80 | $ 1,110.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,675.80 | |

                        (Report also on Summary of Schedules and, if applicable, on
                        Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Jorge Vidrio**
**Maria Lorena Vidrio**        Case No.   **11-30549**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,568.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 80.00 |
| b. Water and sewer | $ | 70.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **cell phones 3** | $ | 180.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 40.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 66.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **San Francisco real property tax** | $ | 250.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,234.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,675.80 |
| b.   Average monthly expenses from Line 18 above | $ | 3,234.00 |
| c.   Monthly net income (a. minus b.) | $ | -558.20 |

# United States Bankruptcy Court
## Northern District of California

In re    **Jorge Vidrio**
**Maria Lorena Vidrio**

                                        Debtor(s)

Case No.    **11-30549**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**29**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 10, 2011**           Signature    **/s/ Jorge Vidrio**

                                                       **Jorge Vidrio**
                                                       Debtor

Date   **March 10, 2011**           Signature    **/s/ Maria Lorena Vidrio**

                                                       **Maria Lorena Vidrio**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.